# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 6D2023-1607
Lower Tribunal No. 2010-CF-000746-A-O

————————————————

DONTE GRANT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

Appeal from the Circuit Court for Orange County.
Renee A. Roche, Judge.

August 20, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and WHITE, JJ., concur.


Matthew R. McLain, of McLain Law, P.A., Longwood, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED